IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OMAR MOHAMMED KHALIFH, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1189 (JR) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2005, copies of Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination with exhibits, the proposed order pertaining thereto, and this certificate of service, were transmitted via Federal Express to counsel for petitioner:

> Cary Silverman, Esquire
> Shook, Hardy & Bacon, L.L.P.
> Hamilton Square
> 600 14th Street, N.W.
> Washington, D.C. 20005-2004
> (202) 783-8400

>   /s/ Preeya M. Noronha
> PREEYA M. NORONHA
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., N.W.   Room 7226
> Washington, DC  20530
> Tel.: (202) 514-3338
> Fax: (202) 616-8202

> One of the Attorneys for Respondents