IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR MOHAMMED KHALIFH, *et al*., | ) <br> ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | )    Civil Action No. 05-CV-1189 (JR) <br> ) |
| GEORGE W. BUSH, *et al.,* | ) <br> ) |
| Respondents. | ) <br> ) |

**(PROPOSED ALTERNATIVE) ORDER**

Having considered Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination, the oppositions filed thereto, and any reply, as well as the entire record in this case, it is hearby

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004 in *In re Guantánamo Detainee Cases*, 344 F. Supp.2d 174 (D.D.C. 2004), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004 in *In re Guantánamo Detainee Cases*, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004 in *In re Guantánamo Detainee Cases* shall apply in the above-captioned case.

It is

    FURTHER ORDERED that the Respondents' request for a stay pending resolution of all appeals in *Khalid v. Bush*, *Boumediene v. Bush*, Nos. 04-CV-1142 (RJL), 04-CV-1166 (RJL), 355 F. Supp.2d 311 (D.D.C. 2005), appeals docketed, Nos. 05-5062, 05-5063 (D.C. Cir. Mar. 2, 2005), and *In re Guantánamo Detainee Cases*, No. 02-CV-0299, et al., 355 F. Supp.2d 443 (D.D.C. 2005), appeal on petition for interlocutory appeal, No. 05-5064 (D.C. Cir. Mar. 10, 2005) is hereby GRANTED except as delineated below.

    1.    Respondents shall provide counsel for Petitioner with a factual return no later than ninety (90) days of this Order. Should counsel for the Petitioner have not yet received the necessary security clearance, Respondents shall provide a public version of the factual return at that time and provide a classified factual return upon the granting of the necessary security clearance to counsel for the Petitioner.

    2.    Respondents shall provide counsel for Petitioner with any medical records in its possession with respect to the Petitioner no later than ninety (90) days of this Order.

    3.    Petitioner shall be permitted to communicate with and visit with the Petitioner pursuant to the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba entered by Judge Green on November 8, 2004.

    4.    Petitioner may seek interim or emergency relief short of release during the pending resolution of all appeals should Respondent intend to move the Petitioner from Guantánamo to another United States facility or transfer

      custody of the Petitioner to another country, or a similar action on the part

      of Respondents.

  5.  Respondents shall preserve and maintain all evidence and information

      regarding the torture, mistreatment, and abuse of detainees now at

      Guantánamo and all records relating to the Petitioner.

IT IS SO ORDERED.

DATED: _____    _____
                   United States District Judge