IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OMAR MOHAMMED KHALIFH, *et al.*,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-CV-1189 (JR)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2005, copies of Petitioner's Memorandum in Opposition to Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination and the proposed orders pertaining thereto, and this certificate of service, were transmitted via Federal Express to counsel for Respondents.

> Preeya M. Noronha, Esq.
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7226
> Washington, D.C. 20530
> (202) 514-3338

> /s/ Cary Silverman
> ―――――――――――――――
> Cary Silverman
> SHOOK, HARDY & BACON L.L.P.
> 600 14th Street NW, Suite 800
> Washington, D.C. 20005-2004
> Tel: (202) 783-8400
> Fax: (202) 783-4211
>
> One of the Attorneys for Petitioner