IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
OMAR MOHAMMED KHALIFH, *et al.*, )
                                )
      Petitioner,          )
                                )
v.                              )   Civil Action No. 05-CV-1189 (JR)
                                )
GEORGE W. BUSH, *et al.*,       )   **ORAL ARGUMENT REQUESTED**
                                )
      Respondents.         )
_____)

**PETITIONER OMAR MOHAMMED KHALIFH'S MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONER AND
THE COURT WITH 30-DAYS' ADVANCE NOTICE OF ANY INTENDED
<u>REMOVAL FROM GUANTÁNAMO</u>**

        Petitioner in the above-captioned case, acting through his Next Friend respectfully submits this motion requesting the Court to issue forthwith an Order:

        (a) enjoining and restraining Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, from removing Petitioner from Guantánamo Bay Naval Station, except for release;

        (b) in the alternative, enjoining and restraining Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, from removing Petitioner from Guantánamo Bay Naval Station unless counsel for Petitioner receive thirty (30) days' advance notice of such removal; or

        (c) pending the Court's determination of Petitioner's motion for a preliminary injunction, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, enjoining Respondents their agents, servants, employees, confederates, and any persons acting in concert

or participation with them, or having knowledge of this Order by personal service or otherwise, from removing Petitioner from Guantánamo Bay Naval Station until this matter can be determined at a hearing for a preliminary injunction.

Dated:   July 25, 2005            Respectfully submitted,

                                  Counsel for Petitioner:


                                   /s/ Edmund Burke
                                  Edmund Burke
                                  BURKE MCPHEETERS BORDNER & ESTES
                                  737 Bishop Street, Suite 3100
                                  Honolulu, Hawaii  96813
                                  Tel: (808) 523-9833
                                  Fax: (808) 528-1656

Dated:   July 25, 2005

                                   /s/ Cary Silverman
                                  Carlos E. Provencio (D.C. Bar No. 461227)
                                  Cary Silverman (D.C. Bar No. 473658)
                                  SHOOK, HARDY & BACON L.L.P.
                                  600 14th Street NW, Suite 800
                                  Washington, D.C.  20005-2004
                                  Tel: (202) 783-8400
                                  Fax:  (202) 783-4211


                                  Of Counsel for Petitioner:

                                  Barbara Olshansky
                                  CENTER FOR CONSTITUTIONAL RIGHTS
                                  666 Broadway, 7th Floor
                                  New York, New York 10012
                                  Tel: (212) 614-6439
                                  Fax: (212) 614-6499