IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR MOHAMMED KHALIFH, *et al.*, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 05-CV-1189 (JR) |
| GEORGE W. BUSH, *et al.*, ) | |
| Respondents. ) | |

**DECLARATION OF EDMUND BURKE, ESQ.**

I, EDMUND BURKE, declare that the following statements are true to the best of my knowledge, information and belief:

1. Attached hereto as Exhibit A is what I believe to be a true and correct copy of an article by Douglas Jehl, entitled *Pentagon Seeks to Shift Inmates from Cuba Base,* published in *The New York Times* on Mar. 11, 2005, at A1.

2. Attached hereto as Exhibit B is what I believe to be a true and correct copy of a press release issued by the United States Department of Defense on July. 20, 2005, entitled "Detainee Transfer Announced."

3. Attached hereto as Exhibit C is what I believe to be true and correct copies of Declarations of Matthew C. Waxman dated March 8 and March 16, 2005.

4. Attached hereto as Exhibit D is what I believe to be a true and correct copy of the Affidavit of Brian Evans, submitted Sept. 17, 2004 in *Abu Ali* v. *Ashcroft,* No. 04-cv-1258 (JDB).

-2-

5. Attached hereto as Exhibit E is what I believe to be a true and correct copy of the March 12, 2005 Memorandum Opinion issued in *Abdah v. Bush,* No. 04-1254 (HHK) (RMC).

6. Attached hereto as Exhibit F is what I believe to be a true and correct copy of the March 12, 2005 Amended Temporary Restraining Order issued in *Abdah v. Bush,* No. 04-1254 (HHK) (RMC).

7. No prior application has been made for the relief sought herein.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: Honolulu, Hawaii, July 22, 2005.

/s/ Edmund Burke
EDMUND BURKE, ESQ.