IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           )
OMAR MOHAMMED KHALIFH, *et al.*,           )
                                           )
       Petitioner,                         )
                                           )
  v.                                       )    Civil Action No. 05-CV-1189 (JR)
                                           )
GEORGE W. BUSH, *et al.*,                  )
                                           )
       Respondents.                        )
_____)

**(PROPOSED) ORDER TO SHOW CAUSE FOR A
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

       Upon the Petition for Writs of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, the Declaration of Edmund Burke, Esq., and the accompanying Memorandum of Points and Authorities, it is hereby:

       ORDERED that Respondents or their attorneys show cause at Courtroom ___ of the United States Courthouse at 333 Constitution Avenue, N.W., Washington, D.C., at _____.m. on ____ 2005, or as soon thereafter as counsel may be heard, why an order should not be entered pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and the Court's inherent powers:

       (a) enjoining and restraining Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, from removing Petitioner from Guantánamo Bay Naval Base;

       (b) in the alternative, enjoining and restraining Respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, from removing Petitioner

-2-

from Guantánamo Bay Naval Base unless counsel for Petitioner receive thirty (30) days' advance notice of such removal.

IT IS FURTHER ORDERED that, pending the Court's determination of Petitioner's motion for a preliminary injunction, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure:

(a) Respondents their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having knowledge of this Order by personal service or otherwise, be, and are, hereby immediately and temporarily restrained from removing Petitioner from Guantánamo Bay Naval Base until this matter can be determined at a hearing for a preliminary injunction or for ten days, whichever is less.

IT IS FURTHER ORDERED that Respondents shall file with the Court electronically and serve their answering paper electronically on Petitioner's counsel on or before 5:00 p.m. on _____, 2005, and that Petitioner shall file with the Court electronically and serve their reply papers electronically on Respondents' counsel by 5:00 p.m. on _____, 2005.

IT IS SO ORDERED.

DATED: _____         _____
                                          United States District Judge