IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR MOHAMMED KHALIFH, *et al*., <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, *et al*., <br><br> Respondents. | Civil Action No. 05-CV-1189 (JR) <br><br> **CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER** |

**CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER**

  Petitioner Omar Mohammed Khalifh moves for entry of the Amended Protective Order (Exhibit A), "Protected Information" Order (Exhibit B) and Supplemental Filing Procedures Order (Exhibit C) (together, the "Protective Order") previously entered by Judge Joyce Hens Green in <u>Abdah v. Bush</u>, 04-CV-1254 (HHK) and the other coordinated Guantánamo detainee cases. Because the Government will not allow privileged communications between counsel and Mr. Khalifh until the Protective Order is entered, Mr. Khalifh respectfully asks that it be entered promptly. Counsel for Respondents have indicated their consent to this Motion.

This Motion is made without prejudice to Mr. Khalifh's right to challenge or seek modification of any particular terms of the Protective Order in the future.

Dated: September 12, 2005      Respectfully submitted,

Counsel for Petitioner:

/s/ Edmund Burke
---
Edmund Burke
BURKE MCPHEETERS BORDNER & ESTES
737 Bishop Street, Suite 3100
Honolulu, Hawaii 96813
Tel: (808) 523-9833
Fax: (808) 528-1656

Dated: September 12, 2005

/s/ Cary Silverman
---
Carlos E. Provencio (D.C. Bar No. 461227)
Cary Silverman (D.C. Bar No. 473658)
SHOOK, HARDY & BACON, LLP
600 14th Street NW, Suite 800
Washington, D.C. 20005-2004
Tel: (202) 783-8400
Fax: (202) 783-4211

Barbara Olshansky
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499