**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
OMAR MOHAMMED KHALIFH, et al.,    :
                                  :
        Petitioners,               :
                                  :
     v.                           :  Civil Action No. 05-1189 (JR)
                                  :
GEORGE W. BUSH, et al.,           :
                                  :
        Respondents.               :
```

**ORDER**

Respondents' motion for a stay [3] is **granted**. Petitioners having submitted themselves to the jurisdiction of this Court, and the Court having asserted in personam jurisdiction, see Rasul v. Bush, 124 S.Ct. 2686 (2004), the stay will apply to all proceedings applicable to the petitioners, including without limitation their release, repatriation, or rendition, and it will remain in effect until further order of the Court. Petitioners' motion for an order requiring 30 days advance notice of their intended removal [5] is accordingly unnecessary and is **denied. IT IS SO ORDERED.**

                                        JAMES ROBERTSON
                                   United States District Judge