**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KHALED BEN MUSTAPHA, *et al.*,
    v.
GEORGE W. BUSH, *et al.*
                                  Civil Action No. 05-0022 (JR)

SHERIF el-MASHAD, *et al.*,
    v.
GEORGE W. BUSH, *et al.*
                                  Civil Action No. 05-0270 (JR)

AHAMED ABDUL AZIZ, *et al.*,
    v.
GEORGE W. BUSH, *et al.*
                                  Civil Action No. 05-0492 (JR)

MOHAMMEDOU OULD SALAHI, *et al.*
    v.
GEORGE W. BUSH, *et al.*
                                  Civil Action No. 05-0569 (JR)

KHIALI-GUL,
    v.
GEORGE W. BUSH, *et al.*
                                  Civil Action No. 05-0877 (JR)

ABDUL ZUHOOR,
    v.
GEORGE W. BUSH, *et al.*
                                  Civil Action No. 05-1011 (JR)

OMAR MOHAMMED KHALIFH, *et al.*,
    v.
GEORGE W. BUSH, *et al.*
                                  Civil Action No. 05-1189 (JR)

SAWAT KHAN,
    v.
GEORGE W. BUSH, *et al.*
                                  Civil Action No. 05-1491 (JR)

IBRAHIM OSMAN IBRAHIM IDRIS,
    v.
GEORGE W. BUSH, *et al.*
                                  Civil Action No. 05-1555 (JR)

```
SADAR DOE, et al.,
     v.                              Civil Action No. 05-1704 (JR)
GEORGE W. BUSH, et al.


ABDU AL-QADER HUSSAIN
AL-MUDAFARI, et al.,
     v.                              Civil Action No. 05-2185 (JR)
GEORGE W. BUSH, et al.


ADHAM MOHAMMED ALI AWAD,
     v.                              Civil Action No. 05-2379 (JR)
GEORGE W. BUSH, et al.


MOHAMMEDOU OULD SLAHI,
     v.                              Civil Action No. 06-0597 (JR)
GEORGE W. BUSH, et al.
```

**ORDER**

It is by the court *sua sponte* **ORDERED** that all District Court proceedings in these cases are **stayed** pending issuance of the mandate (or other developments) in Boumediene v. Bush, D. C. Cir. No. 05-5062, decided February 20, 2007.


                                     JAMES ROBERTSON
                                     United States District Judge

- 2 -