UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR MOHAMMED KHALIFH, *et al.*, | : |
| Petitioners, | : |
| v. | : Civil Action No. 05-1189 (JR) |
| GEORGE W. BUSH, *et al.*, | : |
| Respondents. | : |

### ORDER

It is by the Court *sua sponte* **ORDERED**, on the authority of <u>Boumediene v. Bush</u> and <u>Al Odah v. United States</u>, 476 F.3d 981 (D.C. Cir.), <u>cert. denied</u> 549 U.S. ___ (April 2, 2007), that this case is **dismissed for lack of subject matter jurisdiction**.

JAMES ROBERTSON
United States District Judge