IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR MOHAMMED KHALIFH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1189 (JR) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

### NOTICE OF FILING WITH THE COURT SECURITY OFFICER

Petitioner, Omar Mohammed Khalifh, through his attorneys, has filed a Motion for Reconsideration of *Sua Sponte* Dismissal, Notice of Intention to File DTA Petition in the D.C. Circuit, and Motion for Stay-and-Abey Order, along with a Statement of Points and Authorities in Support and a proposed order with the Court Security Officer (CSO) pursuant to the procedures set forth in the Protective Order entered on September 16, 2005. Upon approval of the CSO, counsel for Petitioner will submit the motion and accompanying documents to this Court.

Respectfully submitted,

Counsel for Petitioner:

 /s/ Cary Silverman
Cary Silverman (D.C. Bar No. 473658)
SHOOK, HARDY & BACON L.L.P.
600 14th Street NW, Suite 800
Washington, D.C. 20005-2004
Tel: (202) 783-8400
Fax: (202) 783-4211

                                      Edmund Burke
                                      BURKE MCPHEETERS BORDNER & ESTES
                                      737 Bishop Street, Suite 3100
                                      Honolulu, Hawaii 96813
                                      Tel: (808) 523-9833
                                      Fax: (808) 528-1656

Dated: April 10, 2007