# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR MOHAMMED KHALIFH, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-1189 (JR) |
| GEORGE W. BUSH, et al., | ) |
| Respondents. | ) |

## MOTION FOR RECONSIDERATION OF *SUA SPONTE* DISMISSAL, NOTICE OF INTENTION TO FILE DTA PETITION IN THE D.C. CIRCUIT, AND MOTION FOR STAY-AND-ABEY ORDER

Petitioner, Omar Mohammed Khalifh, through his attorneys, moves this Court to reconsider its April 5, 2007 *sua sponte* order dismissing Petitioner's habeas corpus petition and instead enter a "stay and abey" order while a petition under the Detainee Treatment Act ("DTA"), Pub. L. No. 109-148, Tit. X, 119 Stat. 2739 (2005), is litigated in the United States Court of Appeals for the District of Columbia Circuit.[1]

Respectfully submitted,

Counsel for Petitioner:

/s/ Cary Silverman

Cary Silverman (D.C. Bar No. 473658)
SHOOK, HARDY & BACON L.L.P.
600 14th Street NW, Suite 800
Washington, D.C. 20005-2004
Tel: (202) 783-8400
Fax: (202) 783-4211

---

[1] Pursuant to Local Rule 7.1(m), Counsel for Petitioner has discussed this motion with opposing counsel by telephone. Counsel for Respondents' opposes this motion.

                                      Edmund Burke
                                      BURKE MCPHEETERS BORDNER & ESTES
                                      737 Bishop Street, Suite 3100
                                      Honolulu, Hawaii  96813
                                      Tel:  (808) 523-9833
                                      Fax:  (808) 528-1656

Dated:  April 10, 2007