# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR MOHAMMED KHALIFH, ) <br> )<br> Petitioner, )<br> )<br> v. )<br> )<br> GEORGE W. BUSH, et al., )<br> )<br> Respondents. )<br> ) | Civil Action No. 05-1189 (JR) |

## (PROPOSED) ORDER

Having considered Petitioner's Motion for Reconsideration of this Court's April 5, 2007 *sua sponte* order dismissing Petitioner's habeas corpus petition and for entrance of a "stay and abey" order while an action pursuant to the Detainee Treatment Act ("DTA"), Pub. L. No. 109-148, Tit. X, 119 Stat. 2739 (2005), is litigated in the United States Court of Appeals for the District of Columbia Circuit, the oppositions filed thereto, and any reply, it is hereby:

ORDERED that Petitioner's motion for reconsideration is granted.

FURTHER ORDERED that further proceedings in this matter are stayed and abeyed pending the outcome of Petitioner's petition pursuant to the DTA.

FURTHER ORDERED that all orders in this matter shall remain in effect, including the Protective Order establishing procedures for attorney-client communications and access entered on September 16, 2005, and the restriction on transferring the Petitioner during the pendency of proceedings without leave of Court entered as part of the Court's order staying proceedings on September 25, 2005.

IT IS SO ORDERED.

DATED: _____        _____
                                                                                 United States District Judge