## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
OMAR MOHAMMED KHALIFH,                   )
                                        )
          Petitioner,                    )
                                        )
          v.                             )          Civil Action No. 05-1189 (JR)
                                        )
GEORGE W. BUSH, et al.,                  )
                                        )
          Respondents.                   )
_____)

### PETITIONER'S NOTICE OF SUPPLEMENTAL AUTHORITY IN CONNECTION WITH HIS MOTION FOR RECONSIDERATION OF *SUA SPONTE* DISMISSAL AND MOTION FOR STAY-AND-ABEY ORDER

On April 10, 2007, Petitioner, Omar Mohammed Khalifh, through his attorneys, moved this Court to reconsider its April 5, 2007 *sua sponte* order dismissing Petitioner's habeas corpus petition and requested that it instead enter a "stay and abey" order while a petition under the Detainee Treatment Act ("DTA"), Pub. L. No. 109-148, Tit. X, 119 Stat. 2739 (2005), is litigated in the United States Court of Appeals for the District of Columbia Circuit.  This Court's April 5, 2007 order was based on finding a lack of subject matter jurisdiction following *Boumediene v. Bush* and *Al Odah v. United States*, 476 F.3d 981 (D.C. Cir. 2007) and the Supreme Court of the United States denial of certiorari on April 2, 2007, 549 U.S. ---, 127 S. Ct. 1478 (Apr. 2, 2007).

Petitioner notifies this Court that on June 29, 2007, the Supreme Court granted a petition for rehearing, vacated its April 2, 2007 denial of petitions for writs of certiorari, and granted certiorari in *Boumediene* and *Al Odah.  Boumediene, v. Bush*, -- S. Ct. -- (U.S. June 29, 2007) (Nos. 06-1195, 06-1196).  The Supreme Court's reversal of course and its decision to review the D.C. Circuit's ruling further supports Petitioner's request that this Court reconsider its *sua sponte* order dismissing the Petition for Writ of Habeas Corpus and instead enter an order preserving the status quo by

continuing its stay of litigation going to the merits of the pending petition for a writ of habeas corpus and holding such litigation in abeyance pending the outcome of the Petitioner's Petition for Release and Other Relief Under the Detainee Treatment Act of 2005 in the United States Court of Appeals for the District of Columbia Circuit. *Khalifh v. Gates*, No. 07-1215 (D.C. Cir. filed June 15, 2007).

    RESPECTFULLY SUBMITTED June 29, 2007.

    Respectfully submitted,

    Counsel for Petitioner:

     /s/ Cary Silverman

    Cary Silverman (D.C. Bar No. 473658)
    SHOOK, HARDY & BACON L.L.P.
    600 14th Street NW, Suite 800
    Washington, D.C.  20005-2004
    Tel:  (202) 783-8400
    Fax:  (202) 783-4211

    Edmund Burke
    BURKE MCPHEETERS BORDNER & ESTES
    737 Bishop Street, Suite 3100
    Honolulu, Hawaii  96813
    Tel:  (808) 523-9833
    Fax:  (808) 528-1656