IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
OMAR MOHAMMED KHALIFH,              )
                                    )
    Petitioner,                     )
                                    )
    v.                              )     Civil Action No. 05-1189 (JR)
                                    )
GEORGE W. BUSH, et al.,             )
                                    )
    Respondents.                    )
_____)

**PETITIONER'S NOTICE OF SUPPLEMENTAL AUTHORITY
IN CONNECTION WITH HIS MOTION FOR RECONSIDERATION OF
*SUA SPONTE* DISMISSAL AND MOTION FOR STAY-AND-ABEY ORDER**

On April 10, 2007, Petitioner, Omar Mohammed Khalifh, through his attorneys, moved this Court to reconsider its April 5, 2007 *sua sponte* order dismissing Petitioner's habeas corpus petition and requested that it instead enter a "stay and abey" order while a petition under the Detainee Treatment Act ("DTA"), Pub. L. No. 109-148, Tit. X, 119 Stat. 2739 (2005), is litigated in the United States Court of Appeals for the District of Columbia Circuit. This Court's April 5, 2007 order was based on finding a lack of subject matter jurisdiction following *Boumediene v. Bush* and *Al Odah v. United States*, 476 F.3d 981 (D.C. Cir. 2007) and the Supreme Court of the United States' denial of certiorari on April 2, 2007, 127 S. Ct. 1725 (2007).

On June 20, 2007, the D.C. Circuit denied motions of the *Boumediene* and *Al Odah* petitioners to stay the mandate. Order, *Boumedine v. Bush*, Nos. 05-5062 & 05-5063 (D.C. Cir. June 20, 2007); *Al Odah v. United States*, No. 05-5064 (D.C. Cir. June 20, 2007). Pursuant to Fed. R. App. P. 41(b), the mandate issued on June 27, 2007, seven days after the D.C. Circuit denied petitioners' motion to stay the mandate. Two days later, on June 29, 2007, the Supreme

Court granted a petition for rehearing, vacated its April 2, 2007 denial of petitions for writs of certiorari, and granted certiorari in *Boumediene* and *Al Odah*. *Boumediene v. Bush*, 127 S. Ct. 3078 (2007) (No. 06-1195); *Al Odah v. United States*, 127 S. Ct. 3067 (2007) (No. 06-1196).

Petitioner notifies this Court that on July 26, 2007, as a result of the Supreme Court's reversal of course, the D.C. Circuit granted a motion to recall the June 27, 2007 mandate, and ordered the Clerk of the United States District Court for the District of Columbia to return forthwith to the D.C. Circuit the mandate issued on June 27, 2007. Order, *Boumedine v. Bush*, Nos. 05-5062 & 05-5063 (D.C. Cir. July 26, 2007); *Al Odah v. United States*, No. 05-5064 (D.C. Cir. July 26, 2007). The D.C. Circuit's recall of its June 27, 2007 mandate further supports Petitioner's request that this Court reconsider its *sua sponte* order dismissing the Petition for Writ of Habeas Corpus. Instead, this Court should preserve the status quo by continuing its stay of litigation going to the merits of the petition for a writ of habeas corpus including the provision of the stay order prohibiting Respondents from releasing, repatriating, or renditioning the Petitioner without leave of court during the pendency of the stay as well as the effectiveness of the Protective Order governing attorney-client communications and other procedural matters. Order, *Khalifh v. Bush*, No. 05-1189 (D.D.C. Oct. 24, 2005).

RESPECTFULLY SUBMITTED August 8, 2007.

    Respectfully Submitted,

    Counsel for Petitioner:

    /s/ Cary Silverman
    Cary Silverman (D.C. Bar No. 473658)
    SHOOK, HARDY & BACON L.L.P.
    600 14th Street NW, Suite 800
    Washington, D.C. 20005-2004
    Tel: (202) 783-8400
    Fax: (202) 783-4211

Edmund Burke
BURKE MCPHEETERS BORDNER & ESTES
737 Bishop Street, Suite 3100
Honolulu, HI 96813
Tel: (808) 523-9833
Fax: (808) 528-1656