```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | | |
|---|---|---|
| El-Mashad v. Bush | : | Civil Action No. 05-0270 (JR) |
| Aziz v. Bush | : | Civil Action No. 05-0492 (JR) |
| Salahi v. Bush | : | Civil Action No. 05-0569 (JR) |
| Khiali-Gul v. Bush | : | Civil Action No. 05-0877 (JR) |
| Khalifh v. Bush | : | Civil Action No. 05-1189 (JR) |
| Idris v. Bush | : | Civil Action No. 05-1555 (JR) |
| Al-Mudafari v. Bush | : | Civil Action No. 05-2185 (JR) |

## ORDER

These Guantanamo Bay habeas cases were all dismissed *sua sponte* for lack of subject matter jurisdiction on April 5, 2007 and then closed. Because the Court's electronic case filing system permits the filing of motions even in closed cases, a number of motions for reconsideration, to alter judgment, to stay proceedings, for "stay and abey" orders, etc., were filed in the weeks and months following the dismissal of the cases. No rulings were made on any of those motions because of my view that I lack jurisdiction to rule on them. All of these matters are now awaiting developments in the Supreme Court of the United States.

For the administrative convenience of the Court, all of the motions listed below are **denied without prejudice.**

```
05-0270 El-Mashad    Motion to alter judgment and stay proceedings
                     and hold in abeyance or, in the Alternative,
                     for Transfer to Court of Appeals [86]

05-0492 Aziz         Motion for reconsideration [56]

05-0569 Salahi       Motion to Alter Judgment [79]

                     Motion for a Stay and Abey Order [80]

05-0877 Khiali-Gul   Motion for Reconsideration [31]

                     Motion to Enforce Protective Order [34]

05-1189 Khalifh      Motion for Reconsideration [26]

                     Motion for Stay and Abey Order [27]

05-1555 Idris        Motion to Alter Judgment [64]

                     Motion to Stay [65]

05-2185 Al-Mudafari  Motion to Alter Judgment [54]

                     Motion to Stay [55]
```

                                          JAMES ROBERTSON
                                     United States District Judge