IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-1189 (JR) |

**AUTHORIZATION TO PURSUE THIS ACTION**

1. Pursuant to the Court's Order of July 29, 2008, attached hereto as Exhibit A is Petitioner's Acknowledgment of Representation, which authorizes attorneys Edmund Burke and Cary Silverman to represent Petitioner Omar Mohammed Khalifh in his habeas corpus petition.

2. The Petition was originally filed by Mr. Khalifh's Next Friend, Omar Deghayes.

3. In Respondent's Status Conference Statement pertaining to this case, Respondent stated in point number 3, "The detainee has directly authorized this petition."

Dated:  August 1, 2008    Respectfully submitted,

_____/s/ Cary Silverman_____
Cary Silverman (D.C. Bar No. 473658)
SHOOK, HARDY & BACON, LLP
600 14th Street NW, Suite 800
Washington, D.C.  20005-2004
Tel: (202) 783-8400/Fax:  (202) 783-4211

_____/s/ Edmund Burke_____
EDMUND BURKE
BURKE MCPHEETERS BORDNER & ESTES
737 BISHOP STREET, SUITE 3100
HONOLULU, HAWAII  96813
TEL: (808) 523-9833/FAX: (808) 528-1656

Attorneys for Petitioner
OMAR MOHAMMED KHALIFH