**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OMAR MOHAMMED KHALIFH, *et al.*, : | |
| : | |
| Petitioners, : | |
| : | |
| v. : | Civil Action No. 05-1189 (JR) |
| : | |
| GEORGE W. BUSH, *et al.*, : | |
| : | |
| Respondents. : | |

**ORDER**

Upon review of respondent's motion for judgment on the record, Dkt. #138, and other papers related to that motion, *see*, Dkt. #141, it is by the Court *sua sponte* **ORDERED** that proceedings on the motion are **STAYED** until petitioner's counsel has the opportunity to confer with his client.  After such a conference petitioner may move to lift the stay and may renew his discovery requests in a motion showing that, for specified reasons, discovery is required to present facts essential to justify his opposition to the government's motion or his own motion for judgment.

                    JAMES ROBERTSON
               United States District Judge